UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 19 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| ALFONSO GONZALEZ HERNANDEZ; et al., | No. 25-18 |
|---|---|
| Petitioners, | Agency Nos.<br>A213-384-039<br>A213-384-040<br>A213-384-041<br>A213-384-042<br>A213-384-043 |
| v. | |
| PAMELA BONDI, Attorney General, | |
| Respondent. | ORDER |

Before: SILVERMAN, TALLMAN, and BUMATAY, Circuit Judges.

The motion (Docket Entry No. 4) for appointment of counsel is denied as unnecessary because counsel has appeared on behalf of petitioners.

Petitioners, through counsel, state that they do not oppose the government's motion for summary disposition. The motion (Docket Entry No. 16) is granted. *See* 9th Cir. R. 3-6(a) (standard for summary disposition); *United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982).

The motion to stay removal is denied. The temporary stay of removal is lifted.

**PETITION FOR REVIEW DENIED.**